**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 13 |
| Jose F. Moreno | ) Case No. 20-07545 |
| Patricia Rivera, | ) |
| | ) |
| Debtor. | ) Hon. LaShonda Hunt |
| | ) Trustee: Glenn Stearns |

**NOTICE OF HEARING AND OBJECTION TO CLAIM 4-1 OF THE**
**DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

To: Glenn Stearns Chapter 13 Trustee by Electronic Transmission through ECF

To: SEE ATTACHED SERVICE LIST, by First Class Mail.

PLEASE TAKE NOTICE that on September 11, 2020 at 10:15 a.m., or as soon as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, Bankruptcy Judge, or in her absence, before such judge who may be sitting in her place and stead and shall then and there present the **Objection to Claim 4-1 of the Department of the Treasury – Internal Revenue Service**, a copy of which is attached hereto and herewith served upon you.

**THIS MOTION WILL BE PRESENTED AND HEARD TELEPHONICALLY.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection not later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully submitted,
/s/Karen Walin #6192832   Chicago Legal, LLC.
Attorney for Debtor
903 Commerce Dr. #165
Oak Brook, IL 60523
708-795-7000
kwalin@chicagolegalllc.com

AT WHICH TIME AND PLACE you may appear if you so see fit.

/s/ Karen Walin
Karen Walin, No. 6192832

# **CERTIFICATE OF SERVICE**

The undersigned attorney does hereby certify under penalty of perjury that she caused to be served true and correct copies of the NOTICE OF HEARING AND OBJECTION TO CLAIM 8-1 OF THE DPEARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, and all papers referenced therein upon those persons listed above and in the attached service list, by causing to be mailed a true copy thereof, addressed as aforesaid, at Oak Brook, Illinois on or before August 14, 2020 before the hour of 4:00 PM, and to those persons above stated through ECF Notification via the Court's Pacer system.

                                              /s/ Karen Walin  
                                              Karen Walin

Karen Walin, No. 6192832  
Chicago Legal, LLC.  
Attorney for Debtors  
903 Commerce Drive, Suite 165  
Oak Brook, Il  60523  
(708) 795-7000

## **SERVICE LIST**

David M. Katinsky
Chief, CTS-Northern
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20441


United States Attorney
Civil Process Clerk
219 South Dearborn Street, Room 500
Chicago, Illinois 60604

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jose F. Moreno
Patricia Rivera
6315 Blue Ridge Drive
Plainfield, IL 60586-5596

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 |
| Jose F. Moreno | ) Case No. 20-07545 |
| Patricia Rivera, | ) |
|     Debtors. | ) Hon. LaShonda Hunt |
| | ) Trustee: Glenn Stearns |

### Objection to Claim 4-1 of Department of the Treasury – Internal Revenue Service

The Debtors, Jose F. Moreno and Patricia Rivera, object to the allowance of claim 4-1 of the Department of the Treasury – Internal Revenue Service, and submits this response to the Trustee's motion to dismiss, and in support thereof state as follows:

1. On March 16, 2020, the Debtor commenced this case by filing a Voluntary Chapter 13 Bankruptcy Petition.

2. On March 20, 2020, the Department of the Treasury – Internal Revenue Service (IRS) filed claim 4-1, a copy of which is annexed hereto.

3. On August 11, 2020, the IRS filed an amended claim 4, a copy of which is annexed hereto.

4. Amended Claim 4 is based on an estimate of the income taxes due by the Debtors' for tax years 2018 and 2019 and not the tax returns filed by the Debtors.

5. The Debtors have filed their 2018 and 2019 tax returns and their amended 20I7 tax return which show that the Debtors have paid all income taxes due the IRS.

6. On information and belief, the Debtors have paid all heavy vehicle tax for tax years 2018 and 2019.

**WHEREFORE**, the Debtors pray that this court enter an order disallowing the Claim 4-1 and grant such other and further relief as is just in the circumstances.

                Respectfully submitted,
                Jose F. Moreno and Patricia Rivera

By:   /s/ Karen Walin
        Their Attorney

Karen Walin, No. 6192832
Chicago Legal, LLC.
Attorney for the Debtors
903 Commerce Drive
Oak Brook, IL  60523
(708) 795-7000